UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN BEARD,

        Plaintiff,

v.                                        Case No. 04-3119

UNITED STATES OF AMERICA,

        Defendant.

Order

        On September 2, 2005, the court denied the government's motion for summary judgment and gave the government 21 days from the entry of this order to show why summary judgment should not be granted in the plaintiff's favor.

        The government suggests in its response that "this Court might grant judgment for plaintiff Beard, and set aside the administrative forfeiture, based upon this Court's determination that the administrative forfeiture was not obtained after reasonable notice required by the Constitution, without prejudice to the right of the United States to file a prompt civil action, within 60 days of the Court's judgment, to forfeit the money at issue." (d/e 21).

        IT IS THEREFORE ORDERED:

        1) Judgment is entered in favor of the plaintiff. The administrative forfeiture at issue is set aside, without prejudice to the right of the United States to file a civil forfeiture action within 60 days of the date below. All pending motions are denied as moot, and this case is terminated, parties to bear their own costs;

Entered this 30th Day of September, 2005.

        s\Harold A. Baker
        _____
        HAROLD A. BAKER
        UNITED STATES DISTRICT JUDGE